# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Glenwood Springs Citizens' Alliance, <br><br> v. <br><br> U.S. Department of the Interior, et al. | Case No. 25-1347 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

__Glenwood Springs Citizens' Alliance_____
[Party or Parties][1]

Appellant_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


Roger Flynn                                     Travis Stills_____
Name of Counsel                                 Name of Counsel

*/s/ Roger Flynn*                               */s/ Travis Stills*_____
Signature of Counsel                            Signature of Counsel

P.O. Box 349                                    227 East 14th Street, Suite 201
Lyons, CO 80540                                 Durango, CO 81301
303-823-5738_____                        970-375-9231_____
Mailing Address and Telephone Number            Mailing Address and Telephone Number

Roger@wmaplaw.org                               stills@eclawoffice.org
E-Mail Address                                  E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Jeffrey C. Parsons
Name of Counsel

*/s/ Jeffrey C. Parsons*
Signature of Counsel

2205 W. 136th Ave., Ste. 106-311
Broomfield, CO 80023
720-203-2871
Mailing Address and Telephone Number

jeff@parsonslawoffice.com
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☒ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

___September 23, 2025_____
Date

*/s/ Travis E. Stills*_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

[X] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[ ] On _____ I sent a copy of this Entry of Appearance Form to:
         [date]

_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]



_____September 23, 2025_____
Date

__/s/ Travis E. Stills_____
Signature